NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE CAMPBELL,            )
DOC #Y02029,               )
                           )
    Appellant,          )
                           )
v.                         )    Case No. 2D17-2019
                           )
STATE OF FLORIDA,          )
                           )
    Appellee.            )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Tyrone Campbell, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.